■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAROD SIMON, Appellant. [823 NYS2d 906]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brennan, J.), rendered November 9, 2004, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor committed misconduct during summation is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v LaValle*, 3 NY3d 88, 114 [2004]; *People v Harris*, 98 NY2d 452, 459 [2002]; *People v Dien*, 77 NY2d 885, 886 [1991]). In any event, the contention is without merit since the challenged remarks either were fair comment on the evidence, permissible rhetorical comment, or responsive to the defense counsel's summation (*see People v Ashwal*, 39 NY2d 105, 110 [1976]; *People v Garner*, 27 AD3d 764 [2006]). Adams, J.P., Rivera, Skelos and Lifson, JJ., concur.